```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

GARY P. SHAVER,
DUSTIN RICE and ALLISON RICE,
husband and wife,
MICHAEL TOLPA and JANE TOLPA,
husband and wife,
PAUL SHAVER and JENNIFER SHAVER,
husband and wife,
RYAN DODDS and TARA DODDS,
husband and wife,

      Plaintiffs,

v.                              Civil Action No. 5:17CV187
                                         (STAMP)
EAGLE NATRIUM, LLC,
a Delaware limited
liability company,

      Defendant.

## **ORDER OF DISMISSAL**

Pursuant to a mediation conference report filed in the above-styled civil action, this Court has been advised that the matters in controversy have been compromised and settled.  Therefore, it is ORDERED that this civil action be, and the same is hereby, DISMISSED WITH PREJUDICE and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

IT IS SO ORDERED.

The Clerk is hereby DIRECTED to transmit copies of this order to counsel of record herein.

DATED: April 4, 2019

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE